IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02082-REB-MEH

KIMBERLY FORSE,

    Plaintiff,

v.

TONY'S MEATS, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 4, 2008.**

    Plaintiff's Unopposed Motion to Amend Complaint [filed February 29, 2008; doc #17] is **granted**. The document filed at docket #18 is accepted for filing, and the Clerk of the Court is directed to amend the Defendant's name on the docket accordingly.